IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPID DEFENSE NETWORK and TRANSGENDER LAW CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT<br><br>    Defendant. | Case No. 21-cv-6788 (PGG)<br><br>CERTIFICATE OF SERVICE |

    I, Jacquelyn N. Schell, hereby certify and declare that on August 23, 2021, I caused a copy of the Notice of Pretrial Conference (Dkts. 11, 12), the Individual Rules of Practice of Judge Paul G. Gardephe for Civil Cases, and Judge Gardephe's Civil Case Management Plan and Scheduling Order, to be served a copy upon the following, via Federal Express overnight delivery:

U.S. Immigration & Customs Enforcement
c/o United States Department of Justice
Justice Management Division
950 Pennsylvania Ave., NW
Washington, DC 20530

U.S. Immigration & Customs Enforcement
500 12th St., SW
Washington, DC 20536

U.S. Immigration & Customs Enforcement
c/o U.S. Attorney's Office, SDNY
86 Chambers St., 3rd Floor
New York, NY 10007

Dated: August 23, 2021

Respectfully submitted,

*/s/ Jacquelyn N. Schell*
Jacquelyn N. Schell
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
schellj@ballardspahr.com

DMEAST #45813475 v1

Matthew E. Kelley
(*pro hac vice* application forthcoming)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com

Sarah T. Gillman
RAPID DEFENSE NETWORK
11 Broadway, Suite 615
New York, NY 10004-1490
sarah@defensenetwork.org
*Counsel for Rapid Defense Network*

Lynly S. Egyes
Transgender Law Center PO Box 70976
Oakland, CA 94612
Tel: 973-454-6325
*Counsel for Transgender Law Center*