**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAPID DEFENSE NETWORK and TRANSGENDER LAW CENTER, <br><br>    Plaintiffs, <br><br>    v. <br><br>UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT <br><br>    Defendant. | Case No. 21-cv-6788 (PGG) <br><br> MOTION FOR ADMISSION <br> *PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the Southern and Eastern Districts of New York, I, Matthew E. Kelley, hereby move this Court for admission *pro hac vice* in the matter captioned above as counsel for Plaintiffs Rapid Defense Network and Transgender Law Center.

As set forth in the accompanying Declaration, I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no disciplinary proceedings currently pending against me. I have attached my declaration and certificates of good standing as required by Local Rule 1.3(c).

Dated: September 17, 2021

Respectfully submitted,

*/s/ Matthew E. Kelley*
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com