UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPID DEFENSE NETWORK, et al., <br><br>                    Plaintiffs, <br><br> -against- <br><br> UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT, <br><br>                    Defendant. | 21-CV-6788 (JGLC) <br><br> **NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, **including the joint status letter due July 31, 2023,** except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  July 26, 2023
         New York, New York

                                                                   SO ORDERED.

                                                                   JESSICA G. L. CLARKE
                                                                   United States District Judge